**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

CARLOS FIGUEROA-GIBSON,

        Petitioner,                           CIVIL ACTION NO.: 2:23-cv-25

    v.

WARDEN JEFFRY FIKES,

        Respondent.

## O R D E R

Respondent has moved to dismiss Petitioner's action for habeas corpus relief.  Doc. 6.

The Court **ORDERS** Petitioner to file a response to Respondent's Motion to Dismiss within 14

days of the date of this Order.  If Petitioner does not file a response within 14 days, the Court

will assume Petitioner does not object to dismissal of this action and will grant Respondent's

Motion to Dismiss as unopposed.

    **SO ORDERED**, this 14th day of March, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA